v.

**The STATE of Texas, Appellee.**

No. 27720.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

**Lenden M. WAITS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27737.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys., Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a second offense of driving while intoxicated; the punishment, 90 days in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.